UNITED STATES DISTRICT COURT
Western District of Texas
Austin Division

| | | |
|---|---|---|
| DUSTIN JOHNSON<br>　*Plaintiff*<br><br>v.<br><br>McDONNELL & ASSOCIATES, LLC<br>　*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 1:21-cv-00013<br><br><br><br><br>**DEMAND FOR JURY TRIAL** |

## ORIGINAL COMPLAINT

1.   Plaintiff sues for claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, to obtain statutory damages, costs, and a reasonable attorney's fee for the Defendant's violations of the FDCPA.

## VENUE

2.   Venue is proper in the United States District Court for the Western District of Texas, Austin Division, because the acts and transactions occurred in this district and because the Defendant transacts business in this district.

## THE PARTIES

3.   Plaintiff Dustin Johnson ("**Johnson**") is an individual who resides in Travis County, Texas.

4. Defendant McDonnell & Associates LLC ("**McDonnell**") may be served by serving its registered agent at the following address:

> Oscar Gonzalez
> 959 W. Lamark Ln.
> Anaheim, CA 92802

## FACTUAL ALLEGATIONS

5. Johnson resides in Austin, Texas.

6. Johnson allegedly incurred a debt for jewelry.

7. Johnson allegedly incurred the debt for non-business purchases.

8. Johnson did not pay the alleged debt.

9. The alleged debt went into default.

10. After default, the alleged debt was sold to McDonnell.

11. McDonnell describes itself as a debt buyer.[1]

12. McDonnell tried to collect the alleged debt from Johnson.

13. McDonnell reported information regarding the alleged debt to one or more credit reporting bureaus.

14. McDonnell reported information regarding the alleged debt to the Experian credit bureau.

---

[1] See Statement of Information recorded October 6, 2017 on file with the California Secretary of State.

15. McDonnell reported information regarding the alleged debt to Experian under the name "LEWIS MCDONNELL & ASSOCI".

16. McDonnell does not have a $10,000 surety bond on file with the Texas Secretary of State.

17. McDonnell has not registered the assumed name Lewis McDonnell & Associates (or any variation) with the California or Texas Secretary of State.

18. The alleged debt is a "debt" as that term is defined by § 1692a(5) of the FDCPA.

19. Johnson is a "consumer" as that term is defined by § 1692a(3) of the FDCPA.

20. McDonnell is a "debt collector" as defined by § 1692a(6) of the FDCPA.

Case 1:21-cv-00013-RP   Document 1   Filed 01/06/21   Page 4 of 5

## COUNT I. VIOLATION OF THE FDCPA § 1692e

21.   Plaintiff re-alleges the above paragraphs as if set forth fully in this count.

22.   Section 1692e of the FDCPA states:

A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

(5) The threat to take any action that cannot legally be taken or that is not intended to be taken.

(14) The use of any business, company, or organization name other than the true name of the debt collector's business, company, or organization.

23.   McDonnell violated § 1692e of the FDCPA by attempting to collect a consumer debt from a Texas resident without having the required $10,000 bond on file with the Texas Secretary of State.

24.   McDonnell violated § 1692e of the FDCPA by attempting to collect a debt under a name other than the true name of the company.

4

## REQUEST FOR RELIEF

25. Plaintiff requests this Court award him:

   a. Statutory damages of $1000 for McDonnell's violations of the FDCPA;

   b. Costs; and

   c. A reasonable attorney's fee.

## **JURY DEMAND**

Plaintiff demands trial by jury.

Respectfully Submitted,
By: s/Tyler Hickle
Plaintiff's Attorney

Tyler Hickle, SBN 24069916
Law Office of Tyler Hickle, PLLC
4005C Banister Lane, Ste. 120
Austin, TX 78704
Tel: (512) 289-3831 Fax: (512) 870-9505
tyler@hicklepllc.com